UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

SENECA TATE,

    Plaintiff,

v.

WIRTZ BEVERAGE
ILLINOIS, LLC et al,

    Defendant.                                  No. 15-cv-827-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendants.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on August 17, 2016 (Doc. 30), this case is **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:    /s/*Caitlin Fischer*
           **Deputy Clerk**

Dated: August 17, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.08.17 13:14:05 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT